AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC., and
CoSTAR GROUP, INC.

**SUMMONS IN A CIVIL CASE**

V.

KLEIN & HEUCHAN, INC.
1744 Belcher Rd., Suite 200
Clearwater, FL 33765

CASE    AW 08 CV 1575

and

SCOTT BELL
1744 Belcher Rd., Suite 200
Clearwater, FL 33765

TO: (Name and address of Defendant)

KLEIN & HEUCHAN, INC.
1744 Belcher Rd., Suite 200
Clearwater, FL 33765

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shari Ross Lahlou
William J. Sauers
Crowell & Moring LLP
1001 Pennsylvania Avnue, N.W.
Washington, DC 20004

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

DATE   JUN 19 2008

~AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC., and
CoSTAR GROUP, INC.

**SUMMONS IN A CIVIL CASE**

V.

KLEIN & HEUCHAN, INC.
1744 Belcher Rd., Suite 200
Clearwater, FL 33765

CASE **AW 08 CV 1575**

and

SCOTT BELL
1744 Belcher Rd., Suite 200
Clearwater, FL 33765

TO: (Name and address of Defendant)

SCOTT BELL
1744 Belcher Rd., Suite 200
Clearwater, FL 33765

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shari Ross Lahlou
William J. Sauers
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

JUN 19 2008

DATE