UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| CoStar Realty Information, Inc., et al., | * | |
| Plaintiffs | * | |
| v. | * | Civil No.: 08-CV-01575- AW |
| Klein & Heuchan, Inc., et al, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING

Klein & Heuchan, Inc, by undersigned counsel, hereby files this Consent Motion to Extend Time for Filing Responsive Pleading and states as follows:

1. Plaintiffs filed the instant action on or about June 17, 2008.

2. Defendant Klein & Heuchan, Inc.'s initial responsive pleading was due on or about July 14, 2008.

3. By consent of counsel, Klein & Heuchan, Inc.'s time for filing its initial responsive pleading has been extended to July 28, 2008. (Exhibit 1) By consent, this extension shall also apply to Co-Defendant Scott Bell, despite that the undersigned counsel does not represent Mr. Bell. (*Id.*)

WHEREFORE, Klein & Heuchan, Inc. respectfully requests that this Honorable Court grant it an extension of time to file its initial responsive pleading until July 28, 2008, and for such other, further, and

CoStar Realty Information, Inc. et al v. Klein & Heuchan, Inc. et al          Doc. 4

Dockets.Justia.com

different relief as the justice of the cause may require.

Respectfully submitted,

/s/
PAUL M. FINAMORE
Federal Bar #: 05992
Niles, Barton, and Wilmer, LLP
111 South Calvert Street
Suite 1400
Baltimore, Maryland 21202
(410) 783-6300
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of July, 2008, a copy of the foregoing Consent Motion to Extend Time for Filing Responsive Pleading was sent via regular mail, postage prepaid to the following:

Mr. Scott Bell
1744 Belcher Road
Suite 200
Clearwater, FL 33765

/s/
PAUL M. FINAMORE

ND: 4838-6210-2530, v. 1