# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# Southern Division

COSTAR REALTY INFORMATION,
INC. et al.,

    Plaintiffs

v.                                                        Civil No.: 08-CV-01575-AW

KLEIN & HEUCHAN, INC., et al.,

    Defendants

_____/

## CONSENT MOTION FOR EXTENSION

Defendant Scott Bell, with the consent and agreement of Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc., respectfully requests that the deadline to file a responsive pleading to Plaintiffs' Complaint be extended through August 11, 2008.

                                                           Respectfully submitted,

                                                           /s/
                                                           _____
                                                           James B. Astrachan, Bar No. 03566
                                                           Astrachan Gunst Thomas, P.C.
                                                           217 East Redwood Street, 21st Floor
                                                           Baltimore, MD  21202
                                                           410.783.3550 telephone
                                                           410.783.3530 facsimile
                                                           Attorney for Defendant Scott Bell


                                                           /s/
                                                           _____
                                                           William J. Sauers, Bar No.
                                                           Crowell & Moring
                                                           1001 Pennsylvania Avenue, N.W.
                                                           Washington, DC  20004-2595
                                                           202.624.2746 telephone
                                                           Attorney for Plaintiffs

21063.001/74309