AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC., and
CoSTAR GROUP, INC.

**SUMMONS IN A CIVIL CASE**

V.

KLEIN & HEUCHAN, INC.
1744 Belcher Rd., Suite 200
Clearwater, FL 33765

CASE **AW 08 CV 1575**

and

SCOTT BELL
1744 Belcher Rd., Suite 200
Clearwater, FL 33765

TO: (Name and address of Defendant)

SCOTT BELL
1744 Belcher Rd., Suite 200
Clearwater, FL 33765

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Shari Ross Lahlou
William J. Sauers
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUN 19 2008

Felicia C. Cannon
CLERK                                                           DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint* was made by me⁽¹⁾ | DATE June 23, 2008 |
| NAME OF SERVER (PRINT) Derek Kronschnabl | TITLE Appointed Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

    1744 Belcher Rd., Suite 200, Clearwater, FL 33765

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    June 24, 2008
              Date

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

*Address of Server*

\* Exhibit A

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com