**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division**

COSTAR REALTY INFORMATION,
INC. et al.,

    Plaintiffs

v.                                                                       Civil No.: 08-CV-01575-AW

KLEIN & HEUCHAN, INC., et al.,

    Defendants

_____/

**DEFENDANT BELL'S MOTION TO DISMISS FOR LACK OF
PERSONAL JURISDICTION OR, ALTERNATIVELY, TO TRANSFER VENUE**

    Defendant Scott Bell, by and through his undersigned counsel and pursuant to the Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3), as well as 28 U.S.C. §1404(a), hereby respectfully requests that this case be dismissed against him for lack of personal jurisdiction or, alternatively, that this case be transferred to the United States District Court for the Middle District of Florida, Tampa Division. In support of these alternative motions, Bell submits herewith on this same date for the Court's consideration a Memorandum of Law, the Affidavit of Defendant Scott Bell (Exhibit A), and Plaintiffs' Terms of Use (Exhibit B).

    WHEREFORE, on the bases set forth in the Memorandum of Law in support of the instant Motion, Defendant Scott Bell respectfully requests that the Court dismiss this case against him for lack of personal jurisdiction or, alternatively, that the Court transfer this case out of this venue and to the United States District Court for the Middle District of Florida, Tampa Division.

Respectfully submitted,

/S/

_____
James B. Astrachan, Federal Bar #03566
Julie R. Rubin, Federal Bar #25632
ASTRACHAN GUNST THOMAS, P.C.
217 East Redwood Street
Suite 2100
Baltimore, Maryland 21202

410.783.3550 telephone
410.783.3530 facsimile

*Attorneys for Defendant Scott Bell*

21063.001.74485