**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division**

COSTAR REALTY INFORMATION,
INC. et al.,

    Plaintiffs

v.                                                                 Civil No.: 08-CV-01575-AW

KLEIN & HEUCHAN, INC., et al.,

    Defendants

_____/

**<u>NOTICE OF ENTRY OF APPEARANCE</u>**

By this notice, Julie R. Rubin of Astrachan Gunst Thomas, P.C. hereby enters her appearance as co-counsel for Defendant Scott Bell.

                                    Respectfully submitted,

                                            /s/
                                    _____
                                    Julie R. Rubin, Federal Bar #25632
                                    Astrachan Gunst Thomas, P.C.
                                    217 East Redwood Street, 21st Floor
                                    Baltimore, MD  21202

                                    410.783.3550 telephone
                                    410.783.3530 facsimile

                                    *Attorneys for Defendant Scott Bell*

21063.001.74492