# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## Southern Division

| | |
|---|---|
| CoStar Realty Information, Inc., et al., | * |
|     Plaintiffs | * |
| v. | *   Civil No.: 08-CV-01575- AW |
| Klein & Heuchan, Inc., et al, | * |
|     Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## LOCAL RULE 103.3(D.MD.) DISCLOSURE OF
## AFFILIATIONS AND FINANCIAL INTEREST

Defendant, Klein & Heuchan, Inc., pursuant to Local Rule 103.3 (D.MD.), submits the following disclosure of affiliations and financial interest:

    1.    In accordance with Local Rule 103.3.a., this Defendant has no parent. K&H Properties Management Services, LLC, a Florida limited liability company with its principal place of business in Clearwater, Florida, is a wholly-owned subsidiary of Klein & Heuchan, Inc.

    2.    In accordance with Local Rule 103.3.b, this Defendant is not currently aware of any corporation, unincorporated association, partnership or other business entity, not a party to this case, which may have a financial interest in the litigation.

                                                            /s/
                                          PAUL M. FINAMORE
                                              Federal Bar #: 05992
                                      Niles, Barton & Wilmer, LLP

111 S. Calvert Street
Suite 1400
Baltimore, MD 21202
Telephone (410) 783-6300
Fax (410) 783-6363
**Attorneys for Defendant**

ND: 4812-5534-9762, v. 1